FILED
JUN 26 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 78-cr-00420-T WQH |
|---|---|
| Plaintiff, | ) |
| v. | ) JUDGMENT AND ORDER OF |
| | ) DISMISSAL OF INDICTMENT AND |
| JOSE CASTRO-CARMONA, | ) RECALL ARREST WARRANT |
| aka Jose Carmona-Castro, | ) |
| Defendant. | ) |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the indictment in the above entitled case be dismissed without prejudice and recall arrest warrant.

IT IS SO ORDERED.

DATED: 6/21/12.

_____
HONORABLE
United States District Judge